UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES D. NELSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 3-15-00573 |
| | ) Senior Judge Haynes |
| f/n/u ZOOK, et al., | ) |
| Defendants. | ) |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 57) to grant Defendants' motion for summary judgment (Docket Entry No. 45) deny as moot Defendants' motion to ascertain status of case (Docket Entry No. 56). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED**, and Defendants' motion for summary judgment (Docket Entry No. 45) is **GRANTED** and Defendants' motion to ascertain status of case (Docket Entry No. 56) is **DENIED as moot**. This action is **DISMISSED with prejudice**. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the _14_ day of January, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge